1  **GARY BRICKWOOD, State Bar No. 94892**
   BRICKWOOD LAW OFFICE
2  1135 Pine Street, Suite 210
   Redding, CA 96001
3  (530) 245-1877
   (530) 245-1879 (fax)
4
   Attorneys for Defendants CITY OF REDDING,
5  REDDING POLICE DEPARTMENT, PETER HANSEN,
   WILL WILLIAMS, CHRIS JACOBY, PHILLIP EOFF JR.,
6  DEAN ADAMS, and COUNTY OF SHASTA

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10 JAMES BRADLEY HALL,

11        Plaintiffs,                Case No. 2:11-CV-51-FCD-DAD

12 vs.
                                     **ORDER OF REMAND**
13 REDDING POLICE DEPARTMENT, a
   government entity; CITY OF REDDING, a
14 government entity; CHIEF PETER
   HANSEN, individually and as Chief of
15 Redding Police Department; CHRIS
   JACOBY, individually and as an
16 officer of Redding Police Department;
   PHILLIP EOFF JR., individually and as
17 an officer of Redding Police
   Department; DEAN ADAMS, individually
18 and as an officer of Redding Police
   Department; COUNTY OF SHASTA, a
19 government entity; and DOES 1-50,
   inclusive,
20
                    Defendants
21 _____/

22

23 TO: THE SHASTA COUNTY SUPERIOR COURT CLERK
        1500 Court Street
24      Redding, CA 96001

25     The Court has reviewed the Stipulation and Request of the parties

26 in the above matter to dismiss the Federal cause of action and remand

27 remaining State law causes of action to the Shasta County Superior

28 Court.  It appears that good cause exists for the request, therefore:

**ORDER OF REMAND**                                                    **1**

1        IT IS ORDERED that the third cause of action under 42 U.S.C.

2 1983, is dismissed with prejudice.

3        IT IS FURTHER ORDERED that the remaining causes of action under

4 State law are remanded to the Shasta County Superior Court for further

5 proceedings.

6        IT IS FURTHER ORDERED that each party shall bear their own costs

7 and fees arising out of the Order of Dismissal and Remand.

8 DATED:   March 18, 2011.

9

10        _____
         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF REMAND**                                                          **2**